**SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor (State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. LUCCHESI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARMAX BUSINESS SERVICES, LLC,<br><br>　　　　Defendant. | **Case No. 2:24-cv-01996-CSK**<br><br>~~**PROPOSED**~~ **ORDER** |

Plaintiff, DAVID P. LUCCHESI, by and through the undersigned counsel, having filed with this Court her Motion to Extend Deadline to File Dismissal Documents (ECF No. 12) and the Court having reviewed same, hereby ORDERED:

1. Parties shall file their dismissal documents by December 30, 2024, in the case referenced above.

Dated: December 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4, lucc1996.24

1